UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04207-WLH-SP | Date | August 5, 2026 |
| Title | ***Lilian Julissa Castillo Paz v. Joshua Johnson et al*** | | |

| | |
|---|---|
| Present: The Honorable | WESLEY L. HSU, United States District Judge |

| | |
|---|---|
| Claudia Garcia Marquez | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings: (IN CHAMBERS) ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [2]**

Petitioner Lilian Julissa Castillo Paz (A No. 209-905-897) (“Petitioner”), proceeding *pro se*, filed a Motion for Temporary Restraining Order and Preliminary Injunction. (Motion, Dkt. No. 2). Petitioner is a national from Honduras and is currently detained at the Adelanto ICE Processing Center. (Declaration of Lilian Julissa Castillo Paz (“Paz Decl.”) at 1). On May 12, 2025, Petitioner was arrested and convicted of felony child endangerment. (*Id.*). On her release date, sometime in June 2026, ICE agents took her into custody. (*Id.* at 1-2). She has not been given a bond hearing and has been detained ever since. (*Id.* at 2). Petitioner requests the Court order Respondents to immediately provide her with an individualized bond hearing before a neutral immigration judge (“IJ”), refrain from removing her from the Central District of California and show cause why a preliminary injunction should not be granted. (Motion at 4).

Respondents filed a Response on August 4, 2026, stating that “Petitioner appears to be entitled to request and receive an initial bond hearing.” (Response at 2, Dkt. No.

11). Respondents correctly assert that Petitioner's detention is governed by 8 U.S.C. § 1226(a).

The Court **GRANTS** the Motion. The Court **ORDERS** Respondents to provide Petitioner with a bond hearing, for which she will be given reasonable notice and time to prepare and at which she will be given an opportunity to be heard, within seven (7) days of this Order or at a later date as requested by Petitioner. Respondents are further **ENJOINED** from relocating Petitioner outside of the Central District of California pending final resolution of this matter. Respondents are **ORDERED** to show cause in writing no later than seven (7) days from the date of this Order why the Court should not issue a preliminary injunction. Petitioner may file a Reply no later than ten (10) days from the date of this Order. A hearing on whether a preliminary injunction should be issued is set for **August 18, 2026, at 1:30 p.m.** Respondents are also **ORDERED** to personally serve a copy of this Order on the Petitioner.

**IT IS SO ORDERED.**