UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04207-WLH-SP | Date | August 14, 2026 |
| Title | ***Lilian Julissa Castillo Paz v. Joshua Johnson et al*** | | |

Present: The Honorable WESLEY L. HSU, United States District Judge

| | |
|---|---|
| Claudia Garcia Marquez | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings: (IN CHAMBERS) ORDER RE PRELIMINARY INJUNCTION**

On August 5, 2026, the Court granted Plaintiff's request for a bond hearing. (Order at 2, Dkt. No. 6). The Court ordered Respondents to show cause, in writing, why the Court should not issue a preliminary injunction. (*Id.*). On August 12, 2026, Respondents filed a response. (Response, Dkt. No. 12). Respondents provided a bond hearing on August 12, 2026, but the hearing was "[w]ithdrawn without prejudice per request from [Petitioner], who indicated additional preparation time was needed due to her attorneys' failure to appear." (Ex. A at 1). It further states that Petitioner may "renew the request when ready." (*Id.*). Because Petitioner may, at her discretion, request a bond hearing, the Court **DENIES** the preliminary injunction. The hearing on August 18, 2026, is **VACATED**.

**IT IS SO ORDERED.**